JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS OBIENU, | Case No. 2:22-cv-05680-SB-KS |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE |
| LEXISNEXIS RISK SOLUTIONS, INC., | |
| Defendant. | |

Based upon the Parties' Stipulation for Dismissal of Entire Case with Prejudice (Dkt. No. 46), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses this case with prejudice and vacates all dates and deadlines.  The Clerk is directed to close the case.

IT IS SO ORDERED.

Date: January 24, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge